**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DIANNA DILLON                                                                                           PLAINTIFF

v.                              CASE NO. 3:10CV00009 JTK

MICHAEL J. ASTRUE,
*Commissioner,* Social Security Administration                              DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 7th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE